AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\***          DISTRICT OF    NEVADA

RICHARD WILLIAM MARTIN,

       Plaintiff,                **JUDGMENT IN A CIVIL CASE**

   v.

                        CASE NUMBER:  **3:16-cv-00261-MMD-VPC**

HANNAH, et al.,

       Defendant(s).

___      **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**      **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an application to proceed in forma pauperis for non-prisoners or pay the full filing fee in compliance with th Court's May 24, 2016 order.

July 12, 2016                       **LANCE S. WILSON**
                                    Clerk

                                 /s/ K. Rusin
                                 Deputy Clerk